WILLIAM A. HAGAN, Appellant, *v.* RICHARD H. MEEHAN et al., Respondents.

(Submitted October 14, 1930; decided November 18, 1930.)

*Thomas J. Skelly* for appellant.

*Maurice V. Seligson* and *Gustave B. Garfield* for Richard H. Meehan, respondent.

*Ira Wollison* for Christopher C. Macauley, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.